# United States District Court

FOR THE

WESTERN DISTRICT OF MISSOURI

**UNITED STATES OF AMERICA**

    *v.*　　　　　　　　　　　　　　Crim. No.　　99-00201-01-CR-W-DW

**CROFT, JEFFREY DEAN**

On  December 23, 2004 , the above named was placed on supervised release for a period of  5  years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

                        Respectfully submitted,

                        /s/ Chi P. King

                        Chi P. King
                        Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  24th  day of  June   , 2008.

                        /s/ Dean Whipple
                        _____
                        DEAN WHIPPLE
                        SENIOR U.S. DISTRICT JUDGE